**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah Miller, | No. CIV 07-0027-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Rio Hotel and Casino, Inc., et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulation for Dismissal of Defendants Harrah's Operating Company, Inc. and Harrah's Arizona Corporation [Doc. No. 18]. After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED** the parties' Stipulation for Dismissal of Defendants Harrah's Operating Company, Inc. and Harrah's Arizona Corporation [Doc. No. 18] is **GRANTED**. Defendants Harrah's Operating Company, Inc. and Harrah's Arizona Corporation are dismissed from this action, each party to bear its own costs and attorneys' fees incurred in connection with this case.

DATED this 2nd day of February, 2007.

Stephen M. McNamee
United States District Judge