**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|   |   |
|---|---|
| Deborah Miller, | ) No. CIV 07-0027-PHX-SMM |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Rio Hotel and Casino, Inc., et al., | ) |
| Defendants. | ) |

Pending before the Court is the parties' Stipulation for Dismissal of Case [Dkt. 20]. Good cause appearing,

**IT IS HEREBY ORDERED** the parties' Stipulation for Dismissal of Case [ Dkt. 20] is **GRANTED**.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

DATED this 5th day of February, 2007.

Stephen M. McNamee
United States District Judge